15206.   BOARD OF DRAINAGE COMMISSIONERS OF HENRY COUNTY DRAINAGE DISTRICT NO. 1, for use, etc., v. MORRIS CONSTRUCTION COMPANY.

BELL, J. 1. The general rule is that an action on a contract must be brought in the name of the party in whom the legal interest in the contract is vested. Civil Code (1910), § 5516. In this action by the Board of Drainage Commissioners of Henry County Drainage District No. 1, for the use of Bank of Stockbridge, upon a written contract, it being alleged that the plaintiff transferred and assigned its interest in the contract to the Bank of Stockbridge before the action was brought, the general demurrer interposed to the petition was properly sustained. *Ross* v. *Glover-Ball Co.*, 156 *Ga.* 109 (1) (118 S. E. 691).

2. The foregoing ruling makes it unnecessary for this court to decide, and it does not decide, whether the petition was subject to general demurrer upon additional grounds, including the plaintiff's failure to allege that it had complied with its own obligations under the contract.

See, in this connection, *Golucke* v. *Lowndes County*, 123 *Ga.* 412 (2) (51 S. E. 406); *Bennett* v. *Burkhalter*, 123 *Ga.* 154 (2) (57 S. E. 231); *Schmidt* v. *Mitchell*, 117 *Ga.* 6 (4) (43 S. E. 371); *Barrow* v. *Pennington*, 17 *Ga. App.* 481 (1) (87 S. E. 719); *Life Insurance Co. of Va.* v. *Proctor*, 18 *Ga. App.* 517 (1) (89 S. E. 1088); *Dolan* v. *Lifsey*, 19 *Ga. App.* 518 (5) (91 S. E. 913); *Ford* v. *Lawson*, 133 *Ga.* 237 (5) (65 S. E. 444); *Hines* v. *Curelon-Cole Co.*, 9 *Ga. App.* 778 (72 S. E. 191); *Jones* v. *Schacter*, 29 *Ga. App.* 132 (1) (114 S. E. 59).

     *Judgment affirmed. Jenkins, P. J., and Stephens, J., concur.*

     DECIDED APRIL 26, 1924.

Complaint; from Cobb superior court—Judge Blair. November 9, 1923.

*Reagan & Reagan, C. M. Dobbs,* for plaintiff.

*Morris, Hawkins & Wallace,* for defendant.